UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-45-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DAVID DEANGELO MCNEIL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for Reconsideration of the Court's denial of Defendant's prior motion to receive credit for time served in jail before incarceration. (Doc. No. 30).

The Court will deny the Motion to Reconsider, (Doc. No. 30), as the Court correctly denied without prejudice defendant's prior motion requesting jail-time credit.

**IT IS SO ORDERED.**

Signed: October 6, 2020

Max O. Cogburn Jr
United States District Judge